# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON CISNEROS,

    Defendant.

Case No. CR02-216-JCC

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 3, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Justin Arnold, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 13, 2012, by the Honorable John C. Coughenour for Bank Robbery. He received 120 months of detention and 3 years of supervised release. Mr. Cisneros began his term of supervised release on September 20, 2011, and it is scheduled to expire on September 19, 2014.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated September 20, 2011, U.S. Probation Officer Jennifer Tien alleged that defendant violated the following conditions of supervised release:

1. Using cocaine, heroin, marijuana, oxycodone, and spice, on or before October 5, 2011, in violation of standard condition 7.

2. Failing to report for urinalysis testing, as instructed via the drug code-a-phone on October 4, 21, and 24, 2011, in violation of the special condition of drug aftercare.

3. Using cocaine and marijuana on or before October 25, 2011, in violation of standard condition 7.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on November 18, 2011, at 9:00 a.m. before District Judge John C. Coughenour.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 3rd day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge